JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO RODRIGUEZ MORALES (A# 214-510-552),<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-04203-SB-ADS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Arturo Rodriguez Morales's petition for a writ of habeas corpus is granted.

This is a final judgment.

Date: August 14, 2026

Stanley Blumenfeld, Jr.
United States District Judge